IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PSA, INC., ) | Case No. 00-3570 (KJC) |
| a Delaware corporation, ) | |
| and affiliates, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| _____ ) | |
| ) | |
| ETS PAYPHONES, INC., ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. No. 03-55569-CGC |
| ) | |
| vs. ) | |
| ) | |
| AT&T UNIVERSAL CARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL

Citibank (South Dakota) N.A. ("Appellant"), card issuer and servicer for AT&T Universal Card accounts, by and through its undersigned counsel, designates the record on appeal to include the following:

1. The Court's Docket Report for In re PSA, Inc., Case No. 00-3570.

2. The Court's Docket Report for ETS Payphones, Inc. v. AT&T Universal Card, Adv. No. 03-55569.

3. The Complaint to Recover Unauthorized Post-Petition Transfers Pursuant to 11 U.S.C. §§ 549 and 500 [sic] by ETS Payphones, Inc. against AT&T Universal Card (Docket #1).

4. Appellant's Motion for Summary Judgment and Memorandum of Points and Authorities in Support thereof (Docket #26).

5. Brief in Response by ETS Payphones, Inc. to Appellant's Motion for Summary Judgment (Docket #27).

6. Appellant's Brief in Reply to Brief in Response by ETS Payphones to Appellant's Motion for Summary Judgment (Docket #30).

7. Transcript of hearing on Appellant's Motion for Summary Judgment held on September 27, 2005.

8. Memorandum Of Opinion And Order (Docket #49).

9. Order dated December 28, 2005 denying Appellant's Motion for Summary Judgment (Docket #50).

10. Notice Of Appeal (Docket #51).

## STATEMENT OF ISSUES ON APPEAL

Citibank (South Dakota) N.A. ("Appellant"), card issuer and servicer for AT&T Universal Card accounts, by and through its undersigned counsel, designates the issues on appeal to include the following:

1. Whether ETS Payphones, Inc. may recover allegedly unauthorized post-petition transfers under 11 U.S.C. §§ 549 and 550:

    a. Whether the legal requirements of operating as a debtor-in-possession imposed by 28 U.S.C. § 959 preclude ETS Payphones, Inc. from recovering allegedly unauthorized post-petition transfers to Appellant under 11 U.S.C. §§ 549 and 550; and/or

    b. Whether principle of equity should operate to prevent avoidance and/or recovery of the allegedly unauthorized post-petition transfers.

2

Dated: January 17, 2006
Wilmington, Delaware

_____
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

- and -

ARMSTRONG TEASDALE LLP
John W. McClelland  MO #32607
David A. Jermann    MO #51389
Benjamin R. Prell   MO #55654
2345 Grand Boulevard, Suite 2000
Kansas City, Missouri 64108-2617
(816) 221-3420
(816) 221-0786 (facsimile)

ATTORNEYS FOR DEFENDANT