IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PSA, INC., | ) | Chapter 11 |
| a Delaware corporation, | ) | Bankruptcy Case No. 00-3570 (KJC) |
| and affiliates, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Citibank (South Dakota) N.A., | ) | Civil Action No. 06-70 (KAJ) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ETS Payphones Inc., | ) | |
| | ) | |
| Appellee. | ) | |

## STIPULATION AND ORDER FOR DISMISSAL OF APPEAL

IT IS HEREBY stipulated and agreed between the above-captioned Appellant, Citibank (South Dakota) N.A., and the above-captioned Appellee, ETS Payphones Inc., by and through their respective counsel, that the above-referenced civil appeal be and hereby is dismissed without prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure. The parties shall each bear their own costs and fees. All court costs and fees have been paid.

| | |
|---|---|
| PEPPER HAMILTON LLP | YOUNG CONWAY STARGATT & TAYLOR, LLP |
| /s/ David M. Fournier | |
| David M. Fournier (No. 2812) | Curtis J. Crowther (No. 3238) |
| James C. Carignan (No. 4230) | The Brandywine Building |
| Hercules Plaza, Suite 5100 | 1000 West Street, 17th Floor |
| 1313 Market Street, P.O. Box 1709 | Wilmington, DE 19899-0391 |
| Wilmington, DE 19899-1709 | |
| (302) 777-6500 | *Counsel for ETS Payphones, Inc.* |

- and –

ARMSTRONG TEASDALE LLP
John W. McClelland, Esq.
David A. Jermann, Esq.
Benjamin R. Prell, Esq.
2345 Grand Boulevard, Suite 2000
Kansas City, MO 64108-2617
(816) 221-3420

*Counsel for Citibank (South Dakota)N.A.*


IT IS SO ORDERED.

This _____ day of October, 2006

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PSA, INC., | ) | Case No. 00-3570 (RB) |
| a Delaware corporation, | ) | |
| and affiliates, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Citibank (South Dakota) N.A. | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| ETS Payphones, Inc., | ) | Civil Action No. 06-70 (KAJ) |
| | ) | |
| Appellee. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for ETS Payphones Inc., in the within captioned matter, and that on October 10, 2006, she caused a copy of the following:

**Stipulation and Order for Dismissal of Appeal**

to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| David M. Fournier, Esq. | John W. McClelland, Esq. |
| James C. Carignan, Esq. | David A Jermann, Esq. |
| Pepper Hamilton LLP | Benjamin R. Prell, Esq. |
| Hercules Plaza, Suite 5100 | Armstrong Teasdale LLP |
| 1313 N. Market Street, P.O. Box 1709 | 2345 Grand Boulevard, Suite 2000 |
| Wilmington, DE 19899-1709 | Kansas City, MO 64108-2617 |
| *By Hand Delivery* | *By First Class Mail* |

                                                                         /s/ Michelle E. Smith
                                                                       Michelle Smith

SWORN TO AND SUBSCRIBED before me this 10 day of October 2006.

                                                                       /s/ Debbie Laskin
                                                                       Notary Public
                                                                       DEBBIE E LASKIN
                                                                       NOTARY PUBLIC
                                                                       STATE OF DELAWARE
                                                                       My Commission Expires Dec. 21, 2008

DB01:1508303.27