

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PSA, INC., ) | Chapter 11 |
| a Delaware corporation, ) | Bankruptcy Case No. 00-3570 (KJC) |
| and affiliates, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ——————————— ) | |
| ) | |
| Citibank (South Dakota) N.A., ) | Civil Action No. 06-70 (KAJ) |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ETS Payphones Inc., ) | |
| ) | |
| Appellee. ) | |
| ——————————— ) | |

### STIPULATION AND ORDER FOR DISMISSAL OF APPEAL

IT IS HEREBY stipulated and agreed between the above-captioned Appellant, Citibank (South Dakota) N.A., and the above-captioned Appellee, ETS Payphones Inc., by and through their respective counsel, that the above-referenced civil appeal be and hereby is dismissed without prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure. The parties shall each bear their own costs and fees. All court costs and fees have been paid.

| PEPPER HAMILTON LLP | YOUNG CONWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ David M. Fournier | /s/ Curtis J. Crowther |
| David M. Fournier (No. 2812) | Curtis J. Crowther (No. 3238) |
| James C. Carignan (No. 4230) | The Brandywine Building |
| Hercules Plaza, Suite 5100 | 1000 West Street, 17th Floor |
| 1313 Market Street, P.O. Box 1709 | Wilmington, DE  19899-0391 |
| Wilmington, DE  19899-1709 | |
| (302) 777-6500 | *Counsel for ETS Payphones, Inc.* |

- and –

ARMSTRONG TEASDALE LLP
John W. McClelland, Esq.
David A. Jermann, Esq.
Benjamin R. Prell, Esq.
2345 Grand Boulevard, Suite 2000
Kansas City, MO  64108-2617
(816) 221-3420

*Counsel for Citibank (South Dakota) N.A.*

IT IS SO ORDERED.

This  11th  day of October, 2006

/s/ Judge
UNITED STATES DISTRICT JUDGE